NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**IN RE: RAFAEL BURGOS, JUAN HANCKE,
EVELYN JARA, MARIA HIDALGO,**
*Appellants*

———————————

2017-1714

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 13/076,117.

———————————

**JUDGMENT**

———————————

J. MARK POHL, Pharmaceutical Patent Attorneys, LLC, Morristown, NJ, argued for appellants.

AMY J. NELSON, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Andrei Iancu. Also represented by NATHAN K. KELLEY, KAKOLI CAPRIHAN, THOMAS W. KRAUSE.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* MOORE and CHEN, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
|  February 12, 2018  | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |